# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No.:  19-mj-00242-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**JOHNNY L. MORGAN,**

    Defendant.

## MEMORANDUM IN SUPPORT OF DETENTION

    The United States of America submits the following Memorandum In Support Of Detention.

    A Detention and Preliminary Revocation Hearing in the above-captioned case is currently set for Wednesday, October 30, 2019 at 2:00 p.m. *See* ECF No. 10.  The Government will seek detention and request that while in the custody of the United States Marshals, the defendant, Johnny L. Morgan, be transported to the Northern District of West Virginia to be sentenced in case number 18cr31.

    On October 11, 2019, the Government filed a Motion To Revoke Bond And Issue Arrest Warrant in case no. 19-mj-00175-SKC, *United States v. Morgan*.  That motion is currently pending.  In 19-mj-00175-SKC, as in the case before this Court, Morgan appeared in this district for a FEDERAL RULE of CRIMINAL PROCEDURE 5(c)(3) Initial Appearance pursuant to a bench warrant issued by Judge Keeley in the United States District Court for the Northern District of West Virginia in case number 18cr31.  In both

19-mj-00175-SKC and the case before this Court, Judge Keeley issued bench warrants because Morgan failed to appear for his Sentencing Hearings: one set for March 4, 2019 and the other for August 13, 2019.

Attached is the Government's Motion To Revoke Bond And Issue Arrest Warrant [ECF No. 14] from 19-mj-00175-SKC. The Government attaches the motion to provide a complete procedural background of Morgan's appearances in this district and as evidence to support detention at the October 30, 2019 hearing.

Dated: October 28, 2019.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By:   */s/ Jason St. Julien*
JASON ST. JULIEN
Assistant United States Attorney
1801 California St., Suite 1600
Denver, Colorado 80202
Phone: (303) 454-0100
Fax: (303) 454-0405
E-mail: Jason.St.Julien@usdoj.gov
Attorney for the United States

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of October 2019, I filed the foregoing **MEMORANDUM IN SUPPORT OF DETENTION** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following individuals:

**Matthew Belcher**
Email:  Matthew_Belcher@fd.org

                                     */s/ Jason St. Julien*
                                     JASON ST. JULIEN
                                     Assistant United States Attorney
                                     1801 California St., Suite 1600
                                     Denver, Colorado 80202
                                     Phone:  (303) 454-0100
                                     Fax:  (303) 454-0405
                                     E-mail:  Jason.St.Julien@usdoj.gov
                                     Attorney for the United States