# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No.: 19-mj-00175-SKC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**JOHNNY L. MORGAN,**

    Defendant.

---

### GOVERNMENT'S MOTION TO REVOKE BOND AND ISSUE ARREST WARRANT
---

    The United States of America submits the following Motion To Revoke Bond And Issue Arrest Warrant.

    The Court should grant the motion because the defendant did not appear for his August 13, 2019 Sentencing Hearing in the Northern District of West Virginia as ordered to by this Court.

### BACKGROUND

    On July 29, 2019, this Court presided over a FEDERAL RULE of CRIMINAL PROCEDURE 5(c)(3) Initial Appearance for the defendant, Johnny L. Morgan. Law enforcement officers in Colorado arrested Morgan pursuant to a bench warrant issued on March 4, 2019 by Judge Keeley in the United States District Court for the Northern District of West Virginia in case number 18cr31. *See* ECF No. 1, p. 1. Judge Keeley issued the bench warrant because Morgan failed to appear for his Sentencing Hearing set for that day, *i.e.*, March 4, 2019 at 1:30 p.m. *Id*. at p. 2. Law enforcement officers

executed the arrest warrant in this district and that is why Morgan appeared before this Court. Deputies from the Huerfano County Sheriff's Office arrested Morgan on July 23, 2019. When law enforcement officers booked Morgan into the county jail, a detention officer discovered a large quantity of suspected methamphetamine within Morgan's oxygen tank bag carrying case. As of now, no charges have been brought regarding the suspected methamphetamine.[1]

At the July 29, 2019 hearing, the Government did not seek detention and Morgan waived the Identity and Preliminary Hearing. The Court released Morgan on a personal recognizance bond. *See* ECF No. 6. The Government requested that a condition of Morgan's bond be that he appear for a Sentencing Hearing in the Northern District of West Virginia, in case number 18cr31, on August 13, 2019. The Court did so and entered a separate Order requiring him to do the same. *See* ECF No. 7, p. 1, Condition # 4 / ECF No. 8. This Court further ordered the United States Marshals to furnish fare for Morgan's noncustodial transportation to West Virginia. *See* ECF No. 13. Upon information and belief, the Government believes the Marshals provided funds to Morgan to purchase a bus ticket to West Virginia. It appears that Morgan did not purchase the ticket.

Morgan did not appear for his August 13, 2019 Sentencing Hearing in the Northern District of West Virginia. The Government confirmed this with the Assistant United States Attorney in charge of Morgan's case in the Northern District of West

---

[1] It is important to note that Morgan's original charges in the Northern District of West Virginia involve methamphetamine charges. *See* ECF No. 1, pp. 3 & 4, in case number 18-mj-01086. Further, while not a bond violation in this district, Morgan's possession of methamphetamine when booked into the county jail is most likely a violation of his post-plea bond conditions in the Northern District of West Virginia.

Virginia. Judge Keeley issued another bench warrant for Morgan due to his failure to appear.[2] Morgan's failure to appear is a violation of his bond in this district.

Morgan violated the terms and conditions of his bond in this district and has an active warrant for his arrest from the Northern District of West Virginia. For the reasons stated below, the Government requests that the Court revoke Morgan's bond and issue an arrest warrant forthwith. When Morgan appears in this district, the Government will argue that Morgan be detained and transported by the United States Marshals to the Northern District of West Virginia so Judge Keeley can impose a sentence in case number 18cr31.

**ARGUMENT**

**A. Morgan's Failures To Appear In The Northern District Of West Virginia.**

Morgan has failed to appear for three separate Sentencing Hearings in case number 18cr31: (1) December 20, 2018; (2) March 4, 2019; and, (3) August 13, 2019. Because each failure to appear is intertwined with proceedings in this district, it is useful to provide a synopsis of each failure to appear.

**1. December 20, 2018 Sentencing Hearing.**

On May 11, 2018, Magistrate Judge Mix presided over a Rule 5(c)(3) Initial Appearance for Morgan in this district in case number 18-mj-01086-KLM. Law enforcement officers in Colorado arrested Morgan pursuant to an arrest warrant issued on May 2, 2018 by Judge Keeley in the United States District Court for the Northern District of West Virginia in case number 18cr31. *See* ECF No. 1, p. 1, in case number

---

[2] Upon information and belief, the Government believes this new arrest warrant issued by Judge Keeley is sealed. Otherwise, the Government would provide a copy of the warrant as an exhibit.

18-mj-01086-KLM. A Grand Jury returned a seven count Indictment against Morgan and a co-defendant (*Morgan was only charged in four counts*) regarding drug crimes and Morgan had not yet been arrested on the Indictment. Magistrate Judge Mix set a Preliminary Hearing, Identity Hearing, and Detention Hearing for May 16, 2018. Magistrate Judge Watanabe presided over the hearings on May 16, 2018 and released Morgan on an unsecured bond. *See* ECF No. 8, in case number 18-mj-1086-KLM. Magistrate Judge Watanabe also entered a separate Order directing Morgan to appear in the Northern District of West Virginia on May 24, 2018 at 11:00 a.m. *See* ECF No. 11 in case number 18-mj-01086-KLM. The Government is unaware as to whether Morgan appeared in Northern District of West Virginia as ordered.

On December 28, 2018, Magistrate Judge Varholak presided over a Rule 5(c)(3) Initial Appearance for Morgan in this district in case number 18-mj-01233-STV. Law enforcement officers in Colorado arrested Morgan pursuant to bench warrant issued on December 21, 2018 by Judge Keeley in the United States District Court for the Northern District of West Virginia in case number 18cr31. *See* ECF No. 1, p. 1, in case number 18-mj-01233-STV. Judge Keeley issued the bench warrant because Morgan failed to appear for his Sentencing Hearing set for December 20, 2018. *Id.* at p. 2. Morgan argued his health prevented him from attending. Judge Keeley found no good cause for Morgan's absence and issued a bench warrant for his arrest. Magistrate Judge Varholak released Morgan on January 9, 2019 on an unsecured bond and issued a separate Order directing Morgan to appear in the Northern District of West Virginia on a date to be determined. *See* ECF No. 13, in case number 18-mj-01233-STV.

**2. March 4, 2019 Sentencing Hearing.**

As previously stated in this motion's Background section, Morgan did not appear for his March 4, 2019 Sentencing Hearing in the Northern District of West Virginia. Law enforcement officers arrested Morgan in Colorado pursuant to a bench warrant issued by Judge Keeley in Northern District of West Virginia. Morgan's arrest for that failure to appear is the genesis of this case before this Court.

This Court ordered Morgan to appear at his August 13, 2019 Sentencing Hearing in the Northern District of West Virginia.

**3. August 13, 2019 Sentencing Hearing.**

As previously stated in this motion's Background section, Morgan did not appear for his August 13, 2019 Sentencing Hearing in the Northern District of West Virginia. Judge Keeley issued another bench warrant for Morgan's failure to appear. Morgan's failure to appear for his August 13, 2019 Sentencing Hearing is the basis of this revocation motion.

**B. Morgan Violated His Bond And The Court Should Issue A Warrant For His Arrest.**

Pursuant to 18 U.S.C. § 3148(a), a defendant released on bond "who has violated a condition of his release, is subject to a revocation of release, an order of detention, and a prosecution for contempt of court." "A judicial officer may issue a warrant for the arrest of a person charged with violating a condition of release . . . " *Id.* at § 3148(b). This Court should issue an arrest warrant for Morgan because he failed to appear at his August 13, 2019 Sentencing Hearing in the Northern District of West Virginia after this Court ordered him to do so.

5

Condition 4 of this Court's Order Setting Conditions Of Release [ECF No. 7, p. 1] states that Morgan must appear for his August 13, 2019 Sentencing Hearing in the Northern District of West Virginia. Morgan did not appear. Judge Heeley issued a bench warrant for Morgan's failure to appear. That is clear and convincing evidence that Morgan violated this specific condition of his release. *See* 18 U.S.C. § 3148(b)(1)(B). This Court has the authority to issue an arrest warrant for Morgan for violating his bond. Given Morgan's history of failing to appear and that this is his third failure to appear for sentencing in the Northern District of West Virginia, the Court should issue a warrant for his arrest forthwith.

**C. Conclusion.**

Morgan violated his bond by failing to appear for his August 13, 2019 Sentencing Hearing in the Northern District of West Virginia. The Government respectfully requests that this Court issue a warrant for Morgan's arrest so that he may be brought to answer for his violation in this district, detained, and transported by the United States Marshals to the Northern District of West Virginia for sentencing.

Dated: October 11, 2019.

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney

By: */s/ Jason St. Julien*
    JASON ST. JULIEN
    Assistant United States Attorney
    1801 California St., Suite 1600
    Denver, Colorado 80202
    Phone: (303) 454-0100
    Fax: (303) 454-0405
    E-mail: Jason.St.Julien@usdoj.gov

Attorney for the United States

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of October 2019, I filed the foregoing **GOVERNMENT'S MOTION TO REVOKE BOND AND ISSUE ARREST WARRANT** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following individuals:

**Matthew Belcher**
Email: Matthew_Belcher@fd.org

*/s/ Jason St. Julien*
JASON ST. JULIEN
Assistant United States Attorney
1801 California St., Suite 1600
Denver, Colorado 80202
Phone: (303) 454-0100
Fax: (303) 454-0405
E-mail: Jason.St.Julien@usdoj.gov
Attorney for the United States